UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Leonard Bergman         :    Chapter 7
      Michele Bergman          :
                 Debtors   :    Bankruptcy No. 11-17320-ELF

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

    Debtors, Leonard and Michele Bergman has filed a Motion to Re-Open Case with the Court to have the post-petition condo fees that were charged illegally after debtors surrendered property in bankruptcy.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before June 21, 2017, you or your attorney must do **all** of the following:

    (a) file an answer explaining your position at:

           Clerk, U.S. Bankruptcy Court
           Robert N. C. Nix Building
           900 Market Street
           Suite 400
           Philadelphia, PA  19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date state above; and

    (b) mail a copy to the Movant's attorney:

           Stanton M. Lacks, Esquire
           3220 Tillman Drive, Suite 100
           Bensalem, PA 19020
           (215) 245-2900

                  AND

    (c) mail a copy to the Trustee:

        Bonnie Finkel, Trustee
        37 Manning Lane
        Cherry Hill, NJ 08003

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on June 28, 2017, at 10:00 a.m., in Courtroom #1, United States Bankruptcy Court, U.S. Courthouse, 900 Market Street, 2nd Floor, Philadelphia, PA 19106.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

DATE:   5/30/17                       /s/ Stanton M. Lacks, Esq.
                                                          STANTON M. LACKS, ESQUIRE
                                                           Attorney for Debtors
                                                           Leonard & Michele Bergman