# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | LEONARD S. BERGMAN, | : | Chapter 13 |
| | MICHELE J. BERGMAN, | : | |
| | | : | |
| | Debtors | : | Bky. No. 11-17320 ELF |

# O R D E R

**AND NOW,** following a hearing on the Debtor's Motion to Reopen Case ("the Motion") (Doc. # 97), and for the reasons stated in court,, it is hereby **ORDERED** that:

1. **On or before July 19, 2017**, the Debtor may file a Memorandum of Law in support the Motion.

2. **On or before July 26, 2017**, respondent Seaview Beach Condominium Association may file a Reply in opposition to the Motion.

Date: **June 28, 2017**

                                    ERIC L. FRANK
                                    CHIEF U.S. BANKRUPTCY JUDGE