United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 11-17320-elf
Leonard S. Bergman                                                  Chapter 7
Michele J. Bergman
       Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore         Page 1 of 1           Date Rcvd: Jun 29, 2017
                              Form ID: pdf900         Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2017.
```
db/jdb         +Leonard S. Bergman,   Michele J. Bergman,   852 Jason Drive,   Bensalem, PA 19020-4074
cr             +Seaview Beach Condominium Association,   15 North Shore Road,   Marmora, NJ 08223-1426
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jun 30 2017 01:21:46      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 30 2017 01:21:15
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 30 2017 01:21:43      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2017 01:16:35      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue,  Suite 1120,
                 Miami, FL  33131-1605
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 30 2017 01:22:17
                 Midland Funding LLC by American InfoSource LP as a,   PO Box 4457,   Houston, TX  77210-4457
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 30 2017 01:22:17
                 PRA Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2017 01:16:29
                 Recovery Management Systems Corporation For GE Mon,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2017 at the address(es) listed below:
```
          ANDREW  SPIVACK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
          ANN E. SWARTZ    on behalf of Creditor    Deutsche Bank National Trust Company ecfmail@mwc-law.com,
           ecfmail@mwc-law.com
          ANN E. SWARTZ    on behalf of Creditor    J.P. Morgan Chase Bank, N.A., as Servicer
           ecfmail@mwc-law.com, ecfmail@mwc-law.com
          BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
          BONNIE B. FINKEL    on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net,
           NJ69@ecfcbis.com;Finkeltrustee@comcast.net
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank National Trust Company
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          NORMAN W. BRIGGS    on behalf of Creditor    Seaview Beach Condominium Association
           nbriggs@thebriggslaw.com, tporter@thebriggslaw.com
          STANTON M. LACKS    on behalf of Joint Debtor Michele J. Bergman blackslaw@comcast.net
          STANTON M. LACKS    on behalf of Debtor Leonard S. Bergman blackslaw@comcast.net
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 10
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | LEONARD S. BERGMAN, | : | Chapter 13 |
| | MICHELE J. BERGMAN, | : | |
| | | : | |
| | Debtors | : | Bky. No. 11-17320 ELF |

# O R D E R

**AND NOW,** following a hearing on the Debtor's Motion to Reopen Case ("the Motion") (Doc. # 97), and for the reasons stated in court,, it is hereby **ORDERED** that:

1. **On or before July 19, 2017**, the Debtor may file a Memorandum of Law in support the Motion.

2. **On or before July 26, 2017**, respondent Seaview Beach Condominium Association may file a Reply in opposition to the Motion.

**Date: June 28, 2017**

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE