## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | LEONARD BERGMAN | : | Chapter 7 |
| | MICHELE BERGMAN, | : | |
| | | : | |
| | Debtors | : | Bky. No. 11-17320 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Reopen Case and the response of Seaview Beach Condominium Association, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that the Motion is **DENIED**.

**Date:  March 19, 2018**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

-1-