United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Leonard S. Bergman  
Michele J. Bergman  
    Debtors

Case No. 11-17320-elf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Mar 19, 2018  
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2018.  
db/jdb       +Leonard S. Bergman,   Michele J. Bergman,   852 Jason Drive,   Bensalem, PA 19020-4074

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2018 at the address(es) listed below:  
         ADRIENNE CHAPMAN    on behalf of Creditor    Seaview Beach Condominium Association achapman@thebriggslaw.com, tporter@thebriggslaw.com  
         ANDREW SPIVACK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com  
         ANN E. SWARTZ    on behalf of Creditor    Deutsche Bank National Trust Company ecfmail@mwc-law.com, ecfmail@mwc-law.com  
         ANN E. SWARTZ    on behalf of Creditor    J.P. Morgan Chase Bank, N.A., as Servicer ecfmail@mwc-law.com, ecfmail@mwc-law.com  
         BONNIE B. FINKEL     finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net  
         BONNIE B. FINKEL    on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank National Trust Company bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         NORMAN W. BRIGGS    on behalf of Creditor    Seaview Beach Condominium Association nbriggs@thebriggslaw.com, tporter@thebriggslaw.com  
         STANTON M. LACKS    on behalf of Joint Debtor Michele J. Bergman blackslaw@comcast.net, lackssr67746@notify.bestcase.com  
         STANTON M. LACKS    on behalf of Debtor Leonard S. Bergman blackslaw@comcast.net, lackssr67746@notify.bestcase.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                             TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **LEONARD BERGMAN** | : | **Chapter 7** |
| | **MICHELE BERGMAN,** | : | |
| | | : | |
| | **Debtors** | : | **Bky. No. 11-17320 ELF** |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Reopen Case and the response of Seaview Beach Condominium Association, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that the Motion is **DENIED**.

Date:  March 19, 2018

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**